## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Weixiong Qiu

_____

Write the full name of each plaintiff.

**25CV4593**

_____CV_____

(Include case number if one has been assigned)

-against-

Local 74, United Service Workers Union

_____

National Labor Relations Board, Region 29

_____

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Worker Union did not represent me during my complaint against the employer.

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Weixiong_ _____  _Qiu_ _____
First Name                    Middle Initial        Last Name

_40 Ann Street_ _____
Street Address

_New York_ _____  _NY_ _____  _10038_ _____
County, City                          State                      Zip Code

_646 232 2944_ _____  _qiusean@hotmail.com_ _____
Telephone Number                      Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                          Last Name

Local 14, United Service Workers  Union

Current Job Title (or other identifying information)

36-36  33rd Street, Suite 202

Current Work Address (or other address where defendant may be served)

Long Island City              NY                    11106

County, City                      State                  Zip Code

Defendant 2:

First Name                          Last Name

National Labor Relations Board, Region 29

Current Job Title (or other identifying information)

One Metrotech Center, 20th Floor

Current Work Address (or other address where defendant may be served)

Brooklyn                         NY                    11201

County, City                      State                  Zip Code

Defendant 3:

First Name                          Last Name



Current Job Title (or other identifying information)



Current Work Address (or other address where defendant may be served)



County, City                      State                  Zip Code

Defendant 4: _____

    First Name                      Last Name

    Current Job Title (or other identifying information)

    Current Work Address (or other address where defendant may be served)

    County, City                State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:                             JFK Airport, Jamaica, NY 11430

Date(s) of occurrence:    1/23/2024

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was wrongfully fired by ERMC Aviation LLC on 1/23/2024 when I worked as a customer service agent in JFK Airport, Jamaica, N.Y. During long process of my complaint, two union representatives did not make efforts to represent my perspective. Instead, the union representatives acted as representatives of the employer.

I filed complaint to National Labor Relations Board, Region 29, on 12/12/2024. The National Labor Relations Board did not make any correction, and did not help me obtain representation that I need. Instead, the National Labor Relations Board blames me missing their deadlines that they set up, and the union staff never informed me about the deadlines in advance, and I didn't know about their deadlines.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I request the return of union fees about 1500 dollars deducted from my pay checks during my employment with ERMC Aviation LLC from 6/27/2021 to 1/23/2024. The 1500 dollars I ask for is rough estimate. The employer refuses to issue my pay stubs and the Union did not help me to get my pay stubs. So I am unable to find out the exact amount of union fees deducted from my wage.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 5/29/2025 | Weixing Qiu |
| Dated | Plaintiff's Signature |
| Weixing | Qiu |
| First Name          Middle Initial | Last Name |
| 40 Ann Street | |
| Street Address | |
| New York          NY | 10038 |
| County, City          State | Zip Code |
| 646 232 2944 | qiuseau@hotmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.